PERSONAL FINANCE AND THRIFT CORPORATION, RESPONDENT, v. LASSER MOTOR CORPORATION, APPELLANT.

Decided April 27, 1933.

For the respondent, *Milton M. Unger.*

For the appellant, *McCarter & English.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, LLOYD, BODINE, DONGES, HEHER, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, JJ. 11.

*For reversal*—None.